IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KWAMI ABDUL-BEY                                                                    APPELLANT

v.                          CASE NO. 4:19-CV-00101 BSM

MAYTRINE L. PARKER                                                                  APPELLEE

## JUDGMENT

Consistent with the order entered today, this case is remanded.

IT IS SO ORDERED this 17th day of May 2019.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE